IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SONIA TORRES, Individually and as Representative of a Class of Participants and Beneficiaries on Behalf of the Greystar 401(k) Plan,<br><br>    Plaintiff,<br><br>V.<br><br>GREYSTAR MANAGEMENT SERVICES, L.P.,<br><br>    Defendant. | CIVIL ACTION NO. SA-19-CA-510-FB |

**ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT**

Before the Court is the Notice of Voluntary Dismissal With Prejudice (docket no. 51) filed by plaintiff in this case which was administratively closed on April 7, 2020. Plaintiff, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), files a voluntary notice of dismissal with prejudice.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Order of Administrative Closure (docket no. 44) is LIFTED for the limited purpose of reopening this case so that this Order of Dismissal With Prejudice and Judgment can be entered.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that pursuant to the Notice of Voluntary Dismissal With Prejudice (docket no. 51) filed by plaintiff, and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above styled and numbered cause is DISMISSED WITH PREJUDICE.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 10th day of February, 2021 .

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE